# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1361
L.T. Case No. 2014-DR-000836-02D-W

———————————————

MICAIAH LUFCY,

    Appellant,

    v.

SARAH LUFCY (N/K/A TOLFA),

    Appellee.

———————————————

On appeal from the Circuit Court for Seminole County.
Susan Stacy, Judge.

Theodore F. Greene III, of the Law Offices of Theodore F. Greene, LC, Orlando, for Appellant.

Michael M. Brownlee and Grace M. Zogaib, of the Brownlee Law Firm, Orlando, for Appellee.

April 21, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————